UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.W., a minor by and through her Guardian ad Litem, CHEVELL CALDWELL,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | NO. EDCV 09-0322-CT<br><br><br>JUDGMENT |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: Aug. 25, 2009

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE